IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ATAIN SPECIALTY INSURANCE
COMPANY, a Michigan corporation,

       Plaintiff,

  v.

GREEN EARTH MANAGEMENT, LLC,
a California limited liability company,

       Defendant.

_____/

No. C 18-07314 WHA

**ORDER DENYING
PLAINTIFF'S MOTION
TO CONTINUE**

     The Court **DENIES** plaintiff's request to continue the case management conference for three months.  Please come in on **MARCH 21, 2019, AT 11:00 A.M.**

     **IT IS SO ORDERED.**

Dated:  March 14, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE