IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, a Michigan Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREEN EARTH MANAGEMENT, LLC,<br><br>Defendants. | No. C 18-07314 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order granting default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff Atain Specialty Insurance Company and against defendant Green Earth Management, LLC, for restitution in the amount of $83,326.05 and for declaratory relief that Atain has no duty to indemnify Green Earth under any policy.

**IT IS SO ORDERED.**

Dated: December 9, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE